# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BONNIE L. WISDOM, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL INFLIGHT SERVICES, INC. AND ATLAS AIR, INC. <br><br> Defendants. | Civil Action No. 4:12-CV-815 |

## ORDER ON PARTIES' STIPULATION FOR DISMISSAL

CAME on for consideration, the Parties' Rule 41 Stipulation for Dismissal with Prejudice without costs to any party. Accordingly, it is the opinion of this Court that the case should be dismissed. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that all claims in this lawsuit are **DISMISSED WITH PREJUDICE** and that all fees and costs are to be borne by the party incurring them.

This Order is final and disposes of all parties and all claims.

It is so ORDERED.
SIGNED this 1*9* day of July 2013.

_____
United States District Court Judge